AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Walker, Vaughn R | 2. Court or Organization<br><br>California Northern | 3. Date of Report<br><br>5/13/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active district | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date -<br><br>◯ Initial    ⊙ Annual    ◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Vice Chair/Director | Saint Francis Foundation |
| 2.   President/Director | V R Walker Co |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE    2005 MAY 17 P 12: 58    RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | V R Walker Co Director's Fees | $1000 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. Alameda/Contra Costa Trial Lawyers Assn | Jan 20-Oakland, CA-Food |
| 2. Assn Business Trial Lawyers | Feb 24-San Francisco-Food |
| 3. Manhattan Institute | Mar 11-San Francisco-Food |
| 4. Stanford Law School | Apr 15-Palo Alto, CA-Food |
| 5. Sedona Conference | May 17-18-Sedona, AZ-Food & Lodging |
| 6. Jerome I Braun | Jun 14-San Francisco-Food |
| 7. Federalist Society | Aug 25-San Francisco-Food |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 8. | San Francisco Trial Lawyers Assn | Sept 23-San Francisco-Food |
| 9. | Bar Assn of San Francisco | Oct 26-San Francisco-Food |
| 10. | Geo Mason University | Oct 29-30-Alexandria, VA-Food & Lodging |
| 11. | Stanford University | Dec 1-Menlo Park, CA-Food |
| 12. | Lawyers' Club of San Francisco | Dec 15-San Francisco-Food |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. See Part VIII | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Vaughn R | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Union Bank of California DDA | A | Interest | J | T | | | | | |
| 2. Union Bank of California MMA | A | Interest | J | T | | | | | |
| 3. T Rowe Price MMF | A | Dividend | J | T | | | | | |
| 4. Nuveen Trust #165 | A | Dividend | J | T | | | | | |
| 5. DB Alex Brown MMF | A | Dividend | K | T | | | | | |
| 6. Amgen | | None | L | T | Part Sale | 3/15 | K | D | |
| 7. Applied Materials (See Pt VIII) | | None | K | T | Buy | | K | | |
| 8. At Road, Inc | | None | K | T | | | | | |
| 9. Atmel | | None | | | Sell | 3/15 | K | D | |
| 10. Cerus | | None | J | T | | | | | |
| 11. China Life | | None | | | Sell | 1/14 | K | D | |
| 12. Cisco Systems | | None | L | T | | | | | |
| 13. Corixia | | None | | | Sell | 3/15 | J | | |
| 14. ConAgra | | None | K | T | Buy | 12/22 | K | | |
| 15. Daimler Chrysler | B | Dividend | K | T | | | | | |
| 16. E I du Pont | | None | K | T | Buy | 11/17 | K | | |
| 17. ExxonMobil | B | Dividend | M | T | | | | | |
| 18. Ford Motor Co | B | Dividend | L | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. Franklin Resources | A | Dividend | K | T | Buy | 8/17 | K | | |
| 20. General Electric | B | Dividend | L | T | | | | | |
| 21. Hong Kong Index Fund | A | Dividend | K | T | Buy | 9/9 | K | | |
| 22. Intel | B | Dividend | N | T | Part Sale | 3/15 | K | E | |
| 23. Japan Fund | A | Dividend | K | T | | | | | |
| 24. NASDAQ 100 | A | Dividend | L | T | Part Sale | 3/15 | K | D | |
| 25. On Semiconductor | | None | J | T | Buy | 2/19 | J | | |
| 26. Pacific ex Japan Index Fund | B | Dividend | K | T | Buy | 9/9 | K | | |
| 27. Pharmacuetical Holders | A | Dividend | | | Sell | | L | A | |
| 28. Retail Holders Trust | A | Dividend | | | Buy | 11/2 | K | | |
| 29. Retail Holders Trust | | | | | Sell | 12/22 | K | | |
| 30. S&P 500 DRs | B | Dividend | M | T | | | | | |
| 31. S&P MidCap DRs | A | Dividend | M | T | | | | | |
| 32. Semiconductor Mfg ADR | | None | K | T | Buy | 3/12 | K | | |
| 33. Singapore Index | B | Dividend | K | T | Buy | 9/9 | K | | |
| 34. Sun Microsystems | | None | J | T | | | | | |
| 35. V R Walker Co | G | Dividend | | | | | | | |
| 36. Northern Trust Co DDA | | None | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Vaughn R | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Northern Trust Co MMF | B | Dividend | M | T | | | | | |
| 38. IL Properties | G | Rent | P1 | U | | | | | |
| 39. IN Properties | G | Rent | P1 | U | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

During 2004, reporting person held investments in his own name and by the following entities:
DB Alex Brown LLC, Baltimore, MD, as custodian fbo Vaughn R Walker R-IRA dtd 3/25/1996 and
V R Walker Co, an Illinois corporation.

At all times during 2004, V R Walker Co was a wholly-owned investment vehicle of the reporting person and owned the assets disclosed in lines 36-39, Part VII.  The IL Properties are located in Iroquois County, IL, and were acquired on May 15, 1964; October 30, 1992; February 27, 1998; May 6 and July 3, 2002, for purchase prices totalling $1,758,566. The IL Properties, with the exception of one tract, were zoned for and used for agricultural production and were leased to Stuckey Farms, Inc, Martinton, IL; the excepted tract is zoned for residential use.  The IN Properties are tracts located in Benton and Jasper counties, IN, zoned for agricultural, industrial and roadside service uses and consist of agricultural lands, buildings and gas storage, telecommunications transmission and advertising facilities; these properties were acquired in various transactions totalling $2,519,765 (net of certain real estate assets transferred in exchange) on March 1, 1989; February 28, 1991; January 15, 1992; July 20, 1993; January 20, February 19 and October 9, 1994 and December 30, 1999.  During 2004, the agricultural lands were leased to Overbeck Farms and the buildings to Remington Hybrids, Inc, both of Remington, IN; the gas storage facility to Vectren, Inc, Evansville, IN, the telecommunications facility to Sprint Sites USA, Rosemount, IL and the advertising facility to Burkhart Advertising,, Inc, South Bend, IN.

At year-end 2004, V R Walker Co had indebtedness to Farm Credit Services, Milwaukee, WI, in the principal amount of $965,000; reporting person is a guarantor of that indebtedness which is secured by some of the IL Properties.  In addition, the company maintained an unsecured revolving credit line with Farm Credit Services in the amount of $500,000, with a zero balance at year-end 2004.  V R Walker Co also had outstanding indebtedness to Metropolitan Life Insurance Co, New York, NY, in the amount at year-end of $679,600; reporting person is a guarantor of that indebtedness which is secured by some of the IN Properties.

Reporting person also maintains a personal line of credit in the amount of $250,000 at Union Bank of California, NA, San Francisco, CA, that as of year-end had a zero balance.

The acquisition of Applied Materials, Inc, reported in line7 occurred on December 4, 2003, but was inadvertently omitted from the report for 2003.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____      Date _15 May 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544